IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JANE DOE, a minor, by and through T.C., her legal guardian and natural mother | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:06cv397HTW-LRA |
| COLUMBIA TRAINING SCHOOL; DR. L. DONALD ARMAGOST, individually and in his official capacity as administrator for Columbia Training School; MISSISSIPPI DEPARTMENT OF HUMAN SERVICES; MR. DONALD R. TAYLOR, individually and in his official capacity as director of the Mississippi Department of Human Services; DIVISION OF YOUTH SERVICES FOR MISSISSIPPI DEPARTMENT OF HUMAN SERVICES; MS. KATHY PITTMAN, individually and in her official capacity as director of the Division of Youth Services for Mississippi Department of Human Services; JOHN DOE #1; JOHN DOE ENTITIES 1-10; JOHN DOES 2-10 | DEFENDANTS |

**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

This cause came on for hearing on the informal motion of the parties to dismiss the above entitled action without prejudice; and the Court having carefully considered the matter and noting that the parties agree to the relief requested, finds that the motion is well-taken and should be granted.  It is therefore,

ORDERED that the above entitled action be, and is hereby, dismissed without prejudice.

It is further,

ORDERED that each party shall bear their own costs and expenses associated with this matter.

SO ORDERED this the 27th day of February, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE

Agreed:

s/Kenneth C. Miller
Kenneth C. Miller (MSB # 10043)
Miller & Hamer, P.A.
P. O. Box 12269
Jackson, Mississippi 39236-2269

**Counsel for Plaintiff**


s/Shawn Shurden
Shawn S. Shurden (MB #99678 )
Civil Litigation Division
Office of the Attorney General
P. O. Box 220
Jackson, Mississippi 39205

**Counsel for Defendants**


**CIVIL ACTION NO. 3:06cv397HTW-LRA**
Agreed Order of Dismissal without Prejudice

2